**07 CIV 8117** ARBITRATION,CLOSED

JUDGE BAER

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02409-JAG-MCA
## Internal Use Only

POWER OPTECH, LLC v. ANDRON CONSTRUCTION CORPORATION et al
Assigned to: Judge Joseph A. Greenaway, Jr.
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/22/2007
Date Terminated: 08/29/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**POWER OPTECH, LLC**                    represented by **AARON VAN NOSTRAND**
DUANE MORRIS, LLP
744 BROAD STREET
SUITE 1200
NEWARK, NJ 07102
(973) 424-2000
Email: avannostrand@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



U.S. DISTRICT COURT FILED SEP 17 2007 S.D. OF N.Y.

V.

**Defendant**

**ANDRON CONSTRUCTION CORPORATION**                    represented by **HAROLD M. PRESSBERG**
NORTON & CHRISTENSEN
151 WEST PASSAIC STREET
ROCHELLE PARK, NJ 07662
201-909-3735
Email: hmpnc@frontiernet.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RIVERDALE COUNTRY SCHOOL**                    represented by **HAROLD M. PRESSBERG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 05/22/2007 | 1 | COMPLAINT against ANDRON CONSTRUCTION CORPORATION, RIVERDALE COUNTRY SCHOOL ( Filing fee $ 350 receipt number 1491274.) JURY DEMAND, filed by POWER OPTECH, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B Part 1# 3 Exhibit B Part 2# 4 Exhibit B Part 3# 5 Summons Defendant Andron# 6 Summons of Defendant Riverdale# 7 Civil Cover Sheet)(ld, ) (Entered: 05/23/2007) |
|---|---|---|
| 05/22/2007 |  | CASE REFERRED to Arbitration. (ld, ) (Entered: 05/23/2007) |
| 05/23/2007 | 2 | Summons Issued as to ANDRON CONSTRUCTION CORPORATION, RIVERDALE COUNTRY SCHOOL.Days Due - 20. (SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 05/23/2007) |
| 06/05/2007 | 3 | SUMMONS Returned Executed by POWER OPTECH, LLC. ANDRON CONSTRUCTION CORPORATION served on 5/24/2007, answer due 6/13/2007. (VAN NOSTRAND, AARON) (Entered: 06/05/2007) |
| 06/05/2007 | 4 | SUMMONS Returned Executed by POWER OPTECH, LLC. RIVERDALE COUNTRY SCHOOL served on 5/31/2007, answer due 6/20/2007. (VAN NOSTRAND, AARON) (Entered: 06/05/2007) |
| 06/12/2007 | 5 | MOTION for Extension of Time to File Answer by ANDRON CONSTRUCTION CORPORATION. (PRESSBERG, HAROLD) (Entered: 06/12/2007) |
| 06/13/2007 |  | (Court only) ***Motions terminated: 5 MOTION for Extension of Time to File Answer filed by ANDRON CONSTRUCTION CORPORATION. (jd, ) (Entered: 06/13/2007) |
| 06/13/2007 |  | Application ( doc #5) for an extension of time is granted. Answer Due 6/28/07 as to deft Andron Construction Corp. (jd, ) (Entered: 06/13/2007) |
| 06/15/2007 | 6 | MOTION for Extension of Time to File Answer by RIVERDALE COUNTRY SCHOOL. (PRESSBERG, HAROLD) (Entered: 06/15/2007) |
| 06/18/2007 |  | CLERKS TEXT ORDER - The Application for a Clerks Order Extending Time to Answer - Document 6 submitted by H. PRESSBERG on 06/15/2007 has been GRANTED. The answer due date has been set for 7/6/2007. (nr, ) (Entered: 06/18/2007) |
| 06/18/2007 |  | (Court only) ***Motions terminated: 6 MOTION for Extension of Time to File Answer filed by RIVERDALE COUNTRY SCHOOL. (jl, ) (Entered: 07/09/2007) |
| 06/26/2007 | 7 | ANSWER to Complaint by ANDRON CONSTRUCTION CORPORATION.(PRESSBERG, HAROLD) (Entered: 06/26/2007) |
| 06/26/2007 | 8 | STATEMENT *Rule 7.1 Disclosure* by ANDRON CONSTRUCTION CORPORATION. (PRESSBERG, HAROLD) (Entered: 06/26/2007) |
| 07/05/2007 | 9 | ANSWER to Complaint by RIVERDALE COUNTRY SCHOOL.(PRESSBERG, HAROLD) (Entered: 07/05/2007) |