# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

ROBERT M. CONWAY
DIRECT DIAL: 215.979.1280
E-MAIL: rmconway@duanemorris.com

www.duanemorris.com

March 29, 2007

VIA CERTIFIED LETTER

Mr. Harold Gabriel
General Counsel
Andron Construction Corporation
21 Anderson Lane
Golden Bridges, NY 10526

Re: Power Optech Invoices Due And Owing

Dear Mr. Gabriel:

Power Optech, LLC ("Power Optech") has retained me to represent them in collecting the one-hundred sixty seven thousand four-hundred forty-nine and thirty-one cents ($167,449.31) that Andron Construction Corporation ("Andron") owes them ("Unpaid Balance").

My review reveals that Andron entered into a valid and binding sub-contracting arrangement and/or a course of dealing with Power Optech during the years 2005 and 2006 and that pursuant thereto Power Optech provided what is commonly referred to as electrical contracting and construction services ("Services") to end customers of Andron. Correspondence from personnel of Andron acknowledges that the Services were received and that Power Optech labor and materials are part of the construction projects Andron delivered to its various end-user customers. A limited number of invoices were paid by Andron, however to date the Unpaid Balance has not been received by Power Optech.

Final demand for payment of the Unpaid Balance of $167,449.31 is hereby made. If payment is not received by the undersigned at the letterhead address on or before April 12, 2007, I have been instructed to commence legal proceedings to recover said amount, along with associated costs and expenses incurred by Power Optech as a result of such a proceeding.

Very truly yours,

Robert M. Conway

Robert M. Conway
Partner

---

DUANE MORRIS LLP

968 POSTAL ROAD, SUITE 110, P.O. BOX 90400 ALLENTOWN, PA 18109-0400    PHONE: 215.979.1550 FAX: 610.264.3295
DM2\1098242.1

DuaneMorris

Mr. Harold Gabriel
March 29, 2007
Page 2

RMC
cc: Mr. Charles K. Miller

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Harold Gabriel
   General Counsel
   Andron Construction
   Corporation
   21 Anderson Lane
   Golden Bridges, NY
   10526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                    4-2-07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0000 5144 4077

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Postmark Here

7006 0100 0000 5144 4077

Sent To: Mr. Harold Gabriel
Street, Apt. No.; Andron Construction Corp.
or PO Box No. 21 Anderson Ln.
City, State, ZIP+4 Golden Bridges, NY 10526

PS Form 3800, June 2002    See Reverse for Instructions