# Power Optech, LLC

387 7th Street
Jersey City, NJ 07302

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2005 | 2352 |

| Bill To |
|---|
| Andron Construction Corporation<br>21 Anderson Lane<br>Golden Bridges, NY 10526<br>Attn: Jeff Rosser |

| Job Description |
|---|
| Andron Construction<br>Riverdale Country School<br>Attn: Jeff Rosser<br>Contact: Matt Mahony |

| P.O. Number | Terms | Ship | Via | Project |
|---|---|---|---|---|
| 100 | Due on receipt | 8/31/2005 | | 05LECNY07205 Riverdale |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Quoted Price - NY | Riverdale Country School : labor and materials provided from July 25, 2005 through August 31, 2005. Please see attached for detail of hours and days worked. | 157,153.85 | 157,153.85T |
| | | sales tax exempt | 0.00% | 0.00 |

| Please Send All Payments To:<br>TGS LLC<br>P.O. Box 31005<br>Hartford, CT 06150-1005 | **Total** | $157,153.85 |
|---|---|---|

**Tremont** Local No. 3 I.B.E.W.

# ELECTRIC SUPPLY COMPANY

WHOLESALE DISTRIBUTORS

"FIND US ON THE WEB" - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453

(718) 731-8300 FAX #(718) 731-8383

**INVOI**

DATE: 07/27/05

POWEROPTE

SOLD TO:
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C. NY 11101

SHIP TO:
POWER OPTECH ELECTRIC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
MIKE BRENNAN
201-697-2593

| CUSTOMER ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERM |
|---|---|---|---|---|---|---|
| 05LECNY07205 | | 62133 | OUR TRUCK | 0 | 593 | 2.0%, 10 |

| QUANTITY ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE |
|---|---|---|---|---|---|---|
| 150 | 150 | 0 | 21/2TW | 21/2 ELEC MET TUBING | EAC | 2.7900 |
| 6 | 6 | 0 | 21/2TWDCSCONN | 21/2 EMT CONNECTOR | EAC | 3.3805 |
| 24 | 24 | 0 | 21/2TWDCSCOUP | 21/2 EMT COUPLING | EAC | 2.8555 |
| 12 | 12 | 0 | FI21/2PH | 21/2 PIPE HANGER | EAC | 0.6571 |
| 12 | 12 | 0 | KINC10521/2 | 21/2 PIPE HANGER | EAC | 1.4900 |
| 6 | 6 | 0 | 21/2DCPB | 21/2 PLASTIC BUSHING | EAC | 0.7479 |
| 1 | 1 | 0 | ALCTW21/2 | 21/2 EMT C CONDULET | EAC | 43.6000 |
| 1 | 1 | 0 | CVF35C21/23 | 21/2-3 COND COVER | EAC | 3.8640 |
| 50 | 50 | 0 | ECON9520 | 3/8 DOUBLE ANCHOR | EAC | 0.6624 |
| 1 | 1 | 0 | WASHER3/8100 | 3/8 WASHERS 100 PK | EAC | 3.5930 |
| 100 | 100 | 0 | NUTS3/8 | 3/8 HEX NUTS | EAC | 0.0358 |
| 6 | 6 | 0 | GALROD3/8X6 | 3/8X6 GAL THREADED ROD | EAC | 2.8474 |
| 5 | 5 | 0 | KIN8917 | 5 HOLE KNEE | EAC | 1.9900 |
| 100 | 100 | 0 | CAP3/8X21/2 | 3/8X21/2 HEX CAP SCREWS | EAC | 0.1895 |
| 1 | 1 | 0 | MAGNA11066 | 1/4 NUT EXTENSION | EAC | 2.9197 |
| 100 | 100 | 0 | TEKHEX3/4X8 | 3/4 X 8 HEX TEK SCREWS | EAC | 0.0944 |
| 6 | 6 | 0 | FI11/4PH | 11/4 PIPE HANGER | EAC | 0.2886 |
| 12 | 12 | 0 | KINC10511/4 | 11/4 PIPE HANGER | EAC | 1.0100 |
| | | | | | SUB-TOTAL: | |
| | | | | PO. #05LECNY07205 | SALES TAX: | |
| | | | | CLOSED 11:45 TO 1:00 PM DAILY | TOTAL: | |

735

A RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDIS



Tremont Local No. 3 I.B.E.W.

# ELECTRIC SUPPLY COMPANY

WHOLESALE DISTRIBUTORS

"FIND US ON THE WEB" - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453

(718) 731-8300 FAX #(718) 731-8383

# INVOIC

| DATE | N |
|---|---|
| 07/27/05 | 62 |

POWEROPTEC

SOLD TO:
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C. NY 11101

SHIP TO:
POWER OPTECH ELECTRIC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD 7:30 AM
MIKE BRENNAN
201-697-2593

| CUSTOMER ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| 05LECNY07205 | | 62073 | OUR TRUCK | 0 | 1858 | 2.0%, 10 NE |

| QUANTITY ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOU |
|---|---|---|---|---|---|---|---|
| 00 | 100 | 0 | BXCONN | CABLE CONNECTOR | EAC | 0.1225 | 1 |
| 00 | 500 | 0 | BUCHANANB2B | B-CAP BULK | EAC | 0.1035 | 5 |
| 00 | 500 | 0 | BUCHANANB1B | YELLOW WIRE CONN -- BULK | EAC | 0.0878 | 4 |
| 50 | 50 | 0 | TGLBOLT1/4X4 | 1/4X4 TOGGLE BOLT | EAC | 0.2345 | 1 |
| 6 | 6 | 0 | GALROD1/4X6 | 1/4X6 GAL THREADED ROD | EAC | 1.7523 | 1 |
| 00 | 200 | 0 | NUTS1/4 | 1/4 HEX NUTS | EAC | 0.0176 | |
| 2 | 2 | 0 | FDWSH1/4X1100 | 1/4 FENDER WASH 100PK | EAC | 3.4286 | |
| 2 | 2 | 0 | FDWSH1/4X2100 | 1/4 FENDER WASHERS 100 PK | EAC | 15.1400 | 3 |
| 50 | 150 | 0 | AL11/4 | 1 1/4 ALUM PIPE | EAC | 1.8900 | 28 |
| 25 | 25 | 0 | 11/4SEALTITE | 11/4 LIQUID HOSE | EAC | 1.7757 | 4 |
| 6 | 6 | 0 | FI11/4LTC | 11/4 LIQUID TITE CONN | EAC | 4.2320 | 2 |
| 6 | 6 | 0 | FI11/4LT90 | 11/4 LT ANGLE CONN | EAC | 7.5937 | 4 |
| 30 | 30 | 0 | KINB90710 | 3/4 CHANNEL | EAC | 1.1586 | 3 |
| 16 | 16 | 0 | KINC1053/4 | 3/4" PIPE HANGER | EAC | 0.7900 | 1 |
| 24 | 24 | 0 | FI1/4BC | 1/4 BEAM CLAMP | EAC | 0.5280 | 1 |
| 1 | 1 | 0 | LOCKWASHER1/4 | 1/4 LOCKWASHER 100 PK | EAC | 1.6182 | |
| 00 | 100 | 0 | CAP1/4X1 | 1/4X1 HEX CAP SCREWS | EAC | 0.0493 | |
| 00 | 100 | 0 | CAP1/4X2 | 1/4X2 HEX CAP SCREWS | EAC | 0.0713 | |
| 1 | 1 | 0 | ALLB11/4 | 11/4 ALUM LB | EAC | 6.1500 | |
| 1 | 1 | 0 | ALC11/4 | 11/4 C CONDULET | EAC | 6.1500 | |
| 10 | 10 | 0 | LENOX624R | 6 IN 24T SAW BLADE | EAC | 3.4376 | 3 |
| 24 | 24 | 0 | KINH120 | SADDLE WASHER | EAC | 0.4900 | 1 |
| 2 | 2 | 0 | CVF35C11/4112 | 11/4-11/2 COND CV MUL# 11702 | EAC | 1.6800 | |
| 2 | 2 | 0 | CVF35G11/4112 | 11/4-11/2 GASKET MUL# 11723 | EAC | 1.0416 | 2 |

PO.#05LEC07205

SUB-TOTAL: 7

SALES TAX: 5

CLOSED 11:45 TO 1:00 PM DAILY

TOTAL: 76

RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



Tremont

Local No. 3 I.B.E.W.

ELECTRIC SUPPLY COMPANY

WHOLESALE DISTRIBUTORS

"FIND US ON THE WEB" - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453

(718) 731-8300 FAX #(718) 731-8383

| DATE | NUMBER |
|---|---|
| 08/08/05 | 62520 |

POWEROPTEC

SOLD TO: POWER OPTECH ELECTRIC, 48-51 36TH STREET, L.I.C. NY 11101

SHIP TO: POWER OPTECH ELECTRIC, 48-51 36TH STREET, L.I.C. NY 11101

| ORDER NO | SALESPERSON | OUR ORDER NO | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| ECNY | 35 | 62520 | P/U | 0 | 43 | 2.0%,10 NET 30 |

| QTY | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 15 | 21/2SEALTITE | 21/2 LIQUID HOSE | EAC | 5.9700 | 89.55 |
| 2 | FI21/2LTC | 21/2 LIQUID TITE CONN | EAC | 50.7500 | 101.50 |
| 12 | KINC10611/4 | 11/4 T.W. HANGER | EAC | 0.9900 | 11.88 |
| 12 | 11/4DCPB | 11/4 PLASTIC BUSHING | EAC | 0.1726 | 2.07 |
| 1 | ILSCOAU0 | 14-1/0 DOUBLE AL-CU LUG | EAC | 1.8129 | 1.81 |
| | | | SUB-TOTAL: | | 206.81 |
| | | JOB# RIVERDALE SCHOOL | SALES TAX: | | 17.33 |
| | | CLOSED 11:45 TO 1:00 PM DAILY | TOTAL: | | 224.14 |

RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE

ORIGINAL

COPYRIGHT 1/03 KENNINGTON INDUSTRIES, INC.



Case 1:07-cv-04091-AKH-NBC Document 1-3 Filed 05/25/2007 Page 5 of 10

Tremont

Local No. 3 I.B.E.W.

ELECTRIC SUPPLY COMPANY

WHOLESALE DISTRIBUTORS

"FIND US ON THE WEB" - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453

(718) 731-8300 FAX #(718) 731-8383

| DATE | NUMBER |
|---|---|
| 08/08/05 | 62700 |

POWEROPTEC

POW... TECH ELECTRIC
48-... TH STREET
... NY 11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
201-597-2593

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| | | 62700 | OUR TRUCK | 0 | 60 | 2.0%,10 NET 30 |

| ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| PSCR20W | WHT. DPLX RECPT NEMA 5-20R | EAC | 1.4900 | 89.40 |
| | | | SUB-TOTAL: | 89.4 |
| | | | SALES TAX: | 7.4 |
| | CLOSED 11:45 TO 1:00 PM DAILY | | TOTAL: | 96.8 |

...KING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE

ORIGINAL

COPYRIGHT 1/03, KENNINGTON INDUSTRIES, INC

# Tremont ELECTRIC SUPPLY COMPANY

Local No. 3 I.B.E.W.

WHOLESALE DISTRIBUTORS

"FIND US ON THE WEB" - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453

(718) 731-8300 FAX #(718) 731-8383

## INVOICE

| DATE | NUMBER |
|---|---|
| 08/08/05 | 62641 |

POWEROPTEC

ECH ELECTRIC
1 STREET
NY 11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
201-697-2593

| SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|
| D | 62641 | OUR TRUCK | 0 | 1250 | 2.0%,10 NET 30 |

| ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| CVP1DW | 1G DUPLEX PLASTIC PLATE W | EAC | 0.3663 | 21.98 |
| ORBITGDB1MC | 31/2D BX GEM BOX | EAC | 2.6600 | 53.20 |
| KINDWC | PAIR GEM BOX SUPPORTS | EAC | 0.7965 | 19.12 |
| RAC0983 | GRND SCR W/12 SOL PIGTAIL | EAC | 0.6234 | 62.34 |
| RAC0192 | 450 11/2D BOX COMBO KO | EAC | 0.6900 | 11.04 |
| CV52FC | 1900 BLANK COVER | EAC | 0.3478 | 5.56 |
| CV72FC | 5 SQUARE BLANK COVER | EAC | 0.6149 | 3.69 |
| CVSEAL1 | 1 KO SEAL | EAC | 0.3024 | 0.30 |
| 11/4DCPB | 11/4 PLASTIC BUSHING | EAC | 0.1845 | 0.18 |
| STRAP3/4TW | 3/4 EMT STRAP | EAC | 0.0576 | 5.76 |
| 1/2DCCN | 1/2 CHASE NIPPLE | EAC | 0.1984 | 1.19 |
| 1/2DCLN | 1/2 LOCKNUT | EAC | 0.0646 | 0.39 |
| 3/4TW | 3/4 ELEC MET TUBING | EAC | 0.4985 | 49.85 |
| 3/4TWDCSSCONN | 3/4 EMT SET SCREW CONN. | EAC | 0.2488 | 6.22 |
| 3/4TWDCSSCOUP | 3/4 EMT COUPLING | EAC | 0.2288 | 5.72 |
| TAGS | TAGS | EAC | 0.0399 | 3.99 |
| MCCONN | MC CONNECTOR | EAC | 0.3139 | 31.39 |
| 0X12-2MC | ARMORED CABLE | EAC | 0.2990 | 74.75 |
| 8X12-3MC | ARMORED CABLE | EAC | 0.4790 | 119.75 |

CLOSED 11:45 TO 1:00 PM DAILY

| | |
|---|---|
| SUB-TOTAL: | 476.42 |
| SALES TAX: | 39.92 |
| TOTAL: | 516.34 |

G CHARGE OF 15% FOR ALL RETU...

Tremont
Local No. 3 I.B.E.W.

ELECTRIC SUPPLY COMPANY
WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300 FAX #(718) 731-8383

# INVOICE

| DATE | NUMBER |
|---|---|
| 08/08/05 | 62553 |

POWEROPTEC

'TECH ELECTRIC
'TH STREET
NY 11101

SHIP TO:
POWER OPTEC
RIVERDALE SCHOOL
5250 FIELDSTON RD

| SALESPERSON | OUR ORDER NO | SHIPPED VIA | WEIGHT | NO OF PCS | TERMS |
|---|---|---|---|---|---|
| 25 | 62553 | OUR TRUCK | 0 | 2 | 2.0%,10 NET 30 |

| ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| QOB370 | BOLT 3-70 BRK | EAC | 112.0000 | 112.00 |
| | | SUB-TOTAL: | | 112.0 |
| | | SALES TAX: | | 0.0 |
| | CLOSED 11:45 TO 1:00 PM DAILY | TOTAL: | | 112.0 |

05 LECNY07205

G CHARGE OF 15% FOR ALL RETURNED MERCHANDISE

WHOLESALE DISTRIBUTORS OF ELECTRICAL CONSTRUCTION AND MAINTENANCE SUPPLIES
47-20 30TH STREET, LONG ISLAND CITY, NEW YORK 11101
PHONE: (718) 729-5700 • (800) IGF-4163
LIGHTING DEPARTMENT (718) 729-5443
FAX: SALES - (718) 729-4605 • PURCHASING & QUOTATION - (718) 729-5513 • ADMINISTRATION - (718) 729-0537

WBE/MBE

MEMBER NAED FOUNDED 1908

| INVOICE DATE | INVOICE NO. |
| --- | --- |
| 07/28/05 | 896740 |
| OUR ORDER NO. | PAGE OF |
| 651540 | 1 1 |

ORIGINAL INVOICE

SOLD TO:
POWER OPTECH, LLC
387 7TH STREET
JERSEY CITY, NJ 07302
ATTN:CHRIS PRIMONT

SHIP TO:
WILL CALL

| ER DATE | DATE SHIPPED | CUSTOMER PURCHASE ORDER NUMBER | CUSTOMER JOB NUMBER | TERMS | SHIPPED VIA |
| --- | --- | --- | --- | --- | --- |
| 28 05 | 07/28/05 | 05LECNY07205 | 05LECNY07205 | 2% 10. NET 30 DAYS | OUR TRUCK |

| CODE | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDERED | QUANTITY SHIPPED | UNIT PRICE | PER | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 55 | SQD HU365 400A3P 600V SW | 1 | | 1 | 1,045.33 | EA | 1045.33 |

RECEIVED AUG 10 2005

ICES ON THIS INVOICE ARE NET OF YOUR DISCOUNT, DO NOT DEDUCT

| SUB TOTAL | FREIGHT | SALES TAX | PAY THIS AMOUNT | BALANCE DUE |
| --- | --- | --- | --- | --- |
| 1,045.33 | 0.00 | 87.55 | | 1,132.88 |

Tremont

Local No. 3 I.B.E.W.

ELECTRIC SUPPLY COMPANY

WHOLESALE DISTRIBUTORS

"FIND US ON THE WEB" - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453

(718) 731-8300 FAX #(718) 731-8383

# INVOICE

| DATE | NUMBER |
|---|---|
| 08/03/05 | 6244E |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C. NY 11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD CALL MIKE
201-697-2593

| ER ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| 5LECNY072 | | 62446 | OUR TRUCK | 0 | 4 | 2.0%, 10 NET 3 |

| QUANTITY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3 | 0 | ILSCOTA250 | 6-250 MCM ALCU LUG | EAC | 2.1277 | 6.3 |
| 1 | 0 | ILSCOTA2/0 | 14-2/0 AL-CU LUG | EAC | 1.0219 | 1.0 |
| | | | | | SUB-TOTAL: | 7. |
| | | | PO. #05LECNY07205 | | SALES TAX: | 0. |
| | | | CLOSED 11:45 TO 1:00 PM DAILY | | TOTAL: | 7. |

ESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# INVOICE

Tremont

Local No. 3 I.B.E.W.

ELECTRIC SUPPLY COMPANY

WHOLESALE DISTRIBUTORS

"FIND US ON THE WEB" - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453

(718) 731-8300 FAX #(718) 731-8383

| DATE | NUMBER |
|---|---|
| 08/03/05 | 62442 |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C. NY 11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD

| ORDER NO | SALESPERSON | OUR ORDER NO | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| | | 62442 | OUR TRUCK | 0 | 500 | 2.0%, 10 NET 3 |

| QUANTITY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 500 | 0 | 10THHNSOLG | 10 THHN SOL GREEN | EAC | 0.0886 | 44.3 |
| | | | 05LECNY07205 | | SUB-TOTAL: | 44. |
| | | | | | SALES TAX: | 0. |
| | | | CLOSED 11:45 TO 1:00 PM DAILY | | TOTAL: | 44. |

RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE