# INVOICE



**Tremont ELECTRIC SUPPLY COMPANY**
Local No. 3 I.B.E.W.
WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

| DATE | NUMBER |
|---|---|
| 08/03/05 | 62378 |

POWEROPTEC

Sold to:
OWER OPTECH ELECTRIC
3-51 36TH STREET
I.C.    NY   11101

Ship to:
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.    NY  11101

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| ECNY072 | 05 | 62378 | P/U | 0 | 386 | 2.0%, 10 NET 30 |

| SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 200 | 0 | 3/4GRNFIELD | 3/4 ARMOR | EA | 0.3482 | 69.64 |
| 150 | 0 | 1GRNFIELD | 1 ARMOR | EA | 0.7265 | 108.98 |
| 25 | 0 | 3/4DCGFC | 3/4 GREENFIELD CONN | EA | 0.6605 | 16.51 |
| 10 | 0 | 1DCGFC | 1 GREENFIELD CONN | EA | 1.4658 | 14.66 |
| 1 | 0 | Q0250 | DP 50A BREAKER | EA | 17.7858 | 17.79 |

SUB-TOTAL: 227.5(
SALES TAX: 19.0

TOTAL: 246.6

CLOSED 11:45 TO 1:00 PM DAILY

CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# Tremont
Local No. 3 I.B.E.W.

## ELECTRIC SUPPLY COMPANY
WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300      FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/03/05 | 62375 |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.          NY   11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
EARLY AM

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| | | 62475 | OUR TRUCK | 0 | 1408 | 2.0%, 10 NET 30 |

| QTY | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 100 | 0 | 3/4SEALTITE | 3/4 LIQUID HOSE | EA | 0.5900 | 59.00 |
| 8 | 0 | FI3/4LTC | 3/4 LIQUID TITE CONN | EA | 1.6748 | 13.40 |
| 8 | 0 | FI3/4LT90 | 3/4 LT ANGLE CONN | EA | 2.4824 | 19.86 |
| 25 | 0 | 3/4TWDCSSCONN | 3/4 EMT SET SCREW CONN. | EA | 0.2488 | 6.22 |
| 25 | 0 | 3/4TWDCSSCOUP | 3/4 EMT COUPLING | EA | 0.2288 | 5.72 |
| 50 | 0 | FI3/4PH | 3/4 PIPE HANGER | EA | 0.1879 | 9.40 |
| 24 | 0 | KINC1063/4 | 3/4 STRAP | EA | 0.9334 | 22.40 |
| 6 | 0 | GALCP3/4 | 3/4 PIPE COUP | EA | 0.7900 | 4.74 |
| 2 | 0 | TROUGHE6 | 6X6 END | EA | 3.1442 | 6.29 |
| 140 | 0 | 4THHNB | 4THHN BLACK | EA | 0.4150 | 58.10 |
| 140 | 0 | 4THHNR | 4THHN RED | EA | 0.4150 | 58.10 |
| 140 | 0 | 4THHNBL | 4THHN BLUE | EA | 0.4150 | 58.10 |
| 140 | 0 | 8THHNG | 8THHN GREEN | EA | 0.1818 | 25.45 |
| 450 | 0 | 250MCMTHHN | 250MCM THHN WIRE | EA | 2.1490 | 967.05 |
| 150 | 0 | 1/0THHN | 1/0THHN WIRE | EA | 0.9490 | 142.35 |

JOB#05LECNY07205

CLOSED 11:45 TO 1:00 PM DAILY

SUB-TOTAL: 1456.1
SALES TAX: 0.0
TOTAL: 1456.1

STOCKING CHARGE OF 15% FOR ALL RETURNS

# Tremont
## ELECTRIC SUPPLY COMPANY
Local No. 3 I.B.E.W.
WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/03/05 | 62374 |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.          NY   11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
EARLY AM

| R ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO OF PCS | TERMS |
|---|---|---|---|---|---|---|
| | | 62374 | OUR TRUCK | 0 | 10365 | 2.0%, 10 NET 3 |

| QUANTITY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 100 | 0 | KINB9111/4 | 1/4 SPRING NUT | EAC | 0.7912 | 79.1 |
| 4 | 0 | IDEAL31358 | 1QT SQZ WAX PULL COMP | EAC | 6.4785 | 25.9 |
| 10 | 0 | PLASTICTAPE | PLASTIC INSULATING TAPE | EAC | 0.7500 | 7.5 |
| 10 | 0 | TAPERED | MARKING TAPE | EAC | 0.7500 | 7.5 |
| 10 | 0 | TAPEBLUE | MARKING TAPE | EAC | 0.7500 | 7.5 |
| 10 | 0 | TAPEWHITE | MARKING TAPE | EAC | 0.7500 | 7.5 |
| 10 | 0 | TAPEGREEN | MARKING TAPE | EAC | 0.7500 | 7.5 |
| 1000 | 0 | 10THHNSOLB | 10 THHN SOL BLACK | EAC | 0.0886 | 88.6 |
| 1000 | 0 | 10THHNSOLBL | 10 THHN SOL BLUE | EAC | 0.0886 | 88.6 |
| 1000 | 0 | 10THHNSOLR | 10 THHN SOL RED | EAC | 0.0886 | 88.6 |
| 1000 | 0 | 10THHNSOLW | 10 THHN SOL WHITE | EAC | 0.0886 | 88.6 |
| 1000 | 0 | 10THHNSOLG | 10 THHN SOL GREEN | EAC | 0.0886 | 88.6 |
| 1000 | 0 | 12THHNSOLG | 12 THHN SOL GREEN | EAC | 0.0587 | 58.7 |
| 1000 | 0 | 12THHNSOLB | 12THHNSOL BLACK | EAC | 0.0587 | 58.7 |
| 1000 | 0 | 12THHNSOLBL | 12 THHN SOL BLUE | EAC | 0.0587 | 58.7 |
| 1000 | 0 | 12THHNSOLR | 12THHN SOL RED | EAC | 0.0587 | 58.7 |
| 1000 | 0 | 12THHNSOLW | 12 THHN SOL WHITE | EAC | 0.0587 | 58.7 |
| 10 | 0 | PANDUPCMB3 | 1-45 MARKER BOOK | EAC | 6.0000 | 60.0 |
| 200 | 0 | PANDUPLT2SC | 7.4" CABLE TIE | EAC | 0.0370 | 7.4 |
| 1 | 0 | SC10106 | 10X10X6 SC BOX | EAC | 12.4764 | 12.4 |

JOB#05LECNY07205

CLOSED 11:45 TO 1:00 PM DAILY

SUB-TOTAL: 958.
SALES TAX: 0.
TOTAL: 958.

# Tremont
## ELECTRIC SUPPLY COMPANY
**WHOLESALE DISTRIBUTORS**

Local No. 3 I.B.E.W.

"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

**INVOICE**

DATE: 08/03/05

POWEROPTEC

**SOLD TO:**
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.    NY    11101

**SHIP TO:**
POWER OPTECH
5250 FIELDSTON RD

| CUSTOMER ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| 05LECN 07205 | | 62282 | OUR TRUCK | 0 | 97 | 2.0%, 10 NET |

| QTY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 25 | 0 | 21/2GRNFIELD | 21/2 ARMOR | EAC | 2.6488 | 66 |
| 6 | 0 | FI21/2GFC | 21/2 GREENFIELD CONN | EAC | 12.7500 | 76 |
| 6 | 0 | GALCP21/2 | 21/2 PIPE COUP | EAC | 5.9800 | 35 |
| 2 | 0 | ALLB21/2 | 21/2 ALUM LB | EAC | 29.9900 | 59 |
| 2 | 0 | CVF35C21/23 | 21/2-3 COND COVER | EAC | 3.8640 | 7 |
| 1 | 0 | ALLB11/4 | 11/4 ALUM LB | EAC | 8.5305 | 6 |
| 1 | 0 | CVF35C11/4112 | 11/4-11/2 COND CV MUL# 11702 | EAC | 1.6800 | 1 |
| 30 | 0 | 11/4TW | 11/4 ELEC MET TUBING | EAC | 1.3635 | 40 |
| 4 | 0 | 11/4TWDCSCONN | 11/4 EMT CONNECTOR | EAC | 0.7830 | 3 |
| 6 | 0 | 11/4TWDCSCOUP | 11/4 EMT COUPLING | EAC | 0.7692 | 4 |
| 6 | 0 | FI11/4PH | 11/4 PIPE HANGER | EAC | 0.2886 | 1 |
| 6 | 0 | KINC10611/4 | 11/4 T.W. HANGER | EAC | 0.9900 | 5 |
| 1 | 0 | MAGNAS6400 | 40 PC SOCKET SET | EAC | 15.1020 | 15 |
| 1 | 0 | TELEL100 | GALVANIZE SPRAY | EAC | 9.1250 | 9 |

407205

CLOSED 11:45 TO 1:00 PM DAILY

SUB-TOTAL: 33
SALES TAX: 2
TOTAL: 36

**RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE**



# Tremont
## ELECTRIC SUPPLY COMPANY
**WHOLESALE DISTRIBUTORS**
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/03/05 | 6225 |

POWEROPTEC

**Sold To:**
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.    NY    11101

**Ship To:**
POWER OPTEC
5250 FIELDSTON RD
201-697-2593

| CUSTOMER ORDER NO | SALESPERSON | OUR ORDER NO | SHIPPED VIA | WEIGHT | NO OF PCS | TERMS |
|---|---|---|---|---|---|---|
| | | 62255 | OUR TRUCK | 0 | 222 | 2.0%, 10 NET |

| QUANTITY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 50 | 0 | 11/4TW | 11/4 ELEC MET TUBING | EAC | 1.3635 | 68.1 |
| 6 | 0 | 11/4TWDCSCOUP | 11/4 EMT COUPLING | EAC | 0.7692 | 4.6 |
| 4 | 0 | 11/4TWDCSCONN | 11/4 EMT CONNECTOR | EAC | 0.7830 | 3.1 |
| 12 | 0 | FI11/2PH | 11/2 PIPE HANGER | EAC | 0.4325 | 5.1 |
| 1 | 0 | TROUGH664 | 6X6X4 WIREWAY | EAC | 25.0360 | 25.0 |
| 8 | 0 | GALCP1 | 1 PIPE COUP | EAC | 1.1500 | 9.2 |
| 16 | 0 | 1DCCN | 1 CHASE NIPPLE | EAC | 0.6663 | 10.6 |
| 24 | 0 | KINB9113/8 | 3/8 NUT | EAC | 0.7900 | 18.9 |
| 100 | 0 | CAP3/8X3/4 | 3/8X3/4 HEX CAP SCREWS | EAC | 0.0828 | 8.2 |
| 1 | 0 | WASHER3/8100 | 3/8 WASHERS 100 PK | EAC | 3.5930 | 3.5 |

CLOSED 11:45 TO 1:00 PM DAILY

SUB-TOTAL: 156.
SALES TAX: 13.
TOTAL: 169.

05LECNY07205

RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# Tremont
## ELECTRIC SUPPLY COMPANY
**WHOLESALE DISTRIBUTORS**

Local No. 3 I.B.E.W.

"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300   FAX #(718) 731-8383

# INVOICE

| DATE | NUMBER |
|---|---|
| 08/03/05 | 62157 |

POWEROPTEC

```
OWER OPTECH ELECTRIC
8-51 36TH STREET
.I.C.         NY  11101
```

```
SHIP TO:
POWER OPTECH ELECTRIC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
MIKE BRENNAN
201-697-2593
```

| RDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| ECNY07205 | | 62157 | OUR TRUCK | 0 | 2 | 2.0%,10 NET 30 |

| QTY | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | IDEAL44972 | PLANT LOCKOUT KIT | | 245.6500 | 245.65 |
| | | | PO#05LECNY07205 | | SUB-TOTAL: | 245.65 |
| | | | | | SALES TAX: | 0.00 |
| | | | CLOSED 11:45 TO 1:00 PM DAILY | | TOTAL: | 245.65 |

RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# Tremont
## ELECTRIC SUPPLY COMPANY
Local No. 3 I.B.E.W.
WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300   FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/15/05 | 62936 |

POWEROPTEC

```
WER OPTECH ELECTRIC              SHIP TO: POWER OPTEC
-51 36TH STREET                           5250 FIELDSTON RD
I.C.        NY  11101                     RIVERDALE COUNTRY SCHOOL
```

| ER NO | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| Y07205 | | 62936 | OUR TRUCK | 0 | 4 | 2.0%, 10 NET 30 |

| ORDERED | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4 | ORBITGDB1MC | 31/2D GEM BOX | EAC | 2.6600 | 10.64 |
| | | | SUB-TOTAL: | | 10.64 |
| | | | SALES TAX: | | 0.89 |
| | | CLOSED 11:45 TO 1:00 PM DAILY | TOTAL: | | 11.53 |

TOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# INVOICE

## ELECTRIC SUPPLY COMPANY
### WHOLESALE DISTRIBUTORS
**"FIND US ON THE WEB"** - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300     FAX #(718) 731-8383

| DATE | NUMBER |
|---|---|
| 08/15/05 | 62881 |

POWEROPTEC

**SOLD TO:**
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.     NY     11101

**SHIP TO:**
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
7:00 AM

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| CNY07205 | | 62881 | OUR TRUCK | 0 | 564 | 2.0%, 10 NET 30 |

| QTY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 100 | 0 | BXSTRAP | BX CABLE STRAP | EAC | 0.0792 | 7.92 |
| 6 | 0 | GBK21 | PANEL GROUND BAR KIT | EAC | 8.7595 | 52.56 |
| 100 | 0 | FHMS2X6/32 | 2X6/32 FH SCREWS | EAC | 0.0304 | 3.04 |
| 100 | 0 | RHMS2X8/32 | 2X8/32 RH SCREWS | EAC | 0.0317 | 3.17 |
| 50 | 0 | CV52FC | 1900 BLANK COVER | EAC | 0.3478 | 17.35 |
| 25 | 0 | ARC072151 | 5" BOX 1/2 X 3/4 | EAC | 2.2088 | 55.22 |
| 25 | 0 | CV72FC | 5 SQUARE BLANK COVER | EAC | 0.6149 | 15.37 |
| 1 | 0 | GNLEE84013 | 11/4X10 ANCHOR KIT | EAC | 5.8905 | 5.89 |
| 50 | 0 | TGLBOLT3/16X4 | 3/16X4 TOGGLE BOLT | EAC | 0.1708 | 8.54 |
| 100 | 0 | SMS3/4X8 | 3/4X8 SMS SCREW | EAC | 0.0241 | 2.41 |
| 3 | 0 | DRILL3/16 | 3/16 HS BIT | EAC | 1.8132 | 5.44 |
| 2 | 0 | LENOX14L | 7/8 HOLE SAW -1/2 PIPE ENT. | EAC | 6.0790 | 12.16 |
| 2 | 0 | LENOX18L | 11/8 HOLESAW -3/4 PIPE ENT. | EAC | 6.3852 | 12.77 |

|  |  |
|---|---|
| SUB-TOTAL: | 201.8 |
| SALES TAX: | 16.9 |
| TOTAL: | 218.8 |

CLOSED 11:45 TO 1:00 PM DAILY

STOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# Tremont
## ELECTRIC SUPPLY COMPANY
**WHOLESALE DISTRIBUTORS**
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300     FAX #(718) 731-8383

# INVOICE

| DATE | NUMBER |
|---|---|
| 08/17/05 | 63120 |

POWEROPTEC

**SOLD TO:**
OWER OPTECH ELECTRIC
8-51 36TH STREET
.I.C.          NY   11101

**SHIP TO:**
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.          NY   11101

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
|  |  | 63120 | P/U | 0 | 31 | 2.0%,10 NET 30 |

| QTY ORD | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9 | 0 | RACO125 | 4 OCT 11/2D BOX 1/2 KO | EAC | 0.8379 | 7.54 |
| 9 | 0 | CAD512 | CLIPS | EAC | 4.9974 | 44.98 |
| 4 | 0 | PS2094W | GND FAULT RECP 20AMP WH | EAC | 13.5000 | 54.00 |
| 1 | 0 | ARC05GCFB | 5 GANG COVER BLANK | EAC | 2.3500 | 2.35 |
| 2 | 0 | RACO325 | 4 OCT 1 1/2D BX BOX | EAC | 2.7177 | 5.44 |
| 6 | 0 | GBK21 | PANEL GROUND BAR KIT | EAC | 8.7595 | 52.56 |

JOB# COUNTRY SCHOOL

CLOSED 11:45 TO 1:00 PM DAILY

SUB-TOTAL:  166.87
SALES TAX:   13.96
TOTAL:      180.85

05LECNY07205

## STOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE