

# Tremont
## ELECTRIC SUPPLY COMPANY
### WHOLESALE DISTRIBUTORS
Local No. 3 I.B.E.W.
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300   FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/19/05 | 63244 |

POWEROPTEC

**Sold To:**
OWER OPTECH ELECTRIC
8-51 36TH STREET
.I.C.    NY  11101

**Ship To:**
POWER OPTEC
5250 FIELDSTON RD

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
|  |  | 63244 | OUR TRUCK | 0 | 183 | 2.0%, 10 NET 30 |

| QTY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 25 | 0 | 3/4TWDCSSCONN | 3/4 EMT SET SCREW CONN. | EAC | 0.2488 | 6.22 |
| 10 | 0 | 1DCGFC | 1 GREENFIELD CONN | EAC | 1.4658 | 14.66 |
| 25 | 0 | 3/4DCGFC | 3/4 GREENFIELD CONN | EAC | 0.6605 | 16.51 |
| 10 | 0 | PLASTICTAPE | PLASTIC INSULATING TAPE | EAC | 0.9906 | 9.91 |
| 3 | 0 | ECON8507 | 7/32 MASONRY DRILL | EAC | 4.3608 | 13.08 |
| 100 | 0 | 3/4GRNFIELD | 3/4 ARMOR | EAC | 0.3482 | 34.82 |
| 10 | 0 | PS2094W | GND FAULT RECP 20AMP WH | EAC | 12.5000 | 125.00 |

MIKE BRENNAN

CLOSED 11:45 TO 1:00 PM DAILY

SUB-TOTAL: 220.20
SALES TAX: 18.45
TOTAL: 238.65

*05LECNY07205*

**:STOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE**

# Tremont
## ELECTRIC SUPPLY COMPANY
### WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300     FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/19/05 | 63248 |

POWEROPTEC

| | |
|---|---|
| NER OPTECH ELECTRIC<br>-51 36TH STREET<br>L.I.C.    NY 11101 | POWER OPTECH ELECTRIC<br>48-51 36TH STREET<br>L.I.C.    NY 11101<br>*River Dale* |

| ER NO | SALESPERSON | OUR ORDER NO | SHIPPED VIA | WEIGHT | NO OF PCS | TERMS |
|---|---|---|---|---|---|---|
| 7205 | | 63248 | P/U | 0 | 1000 | 2.0%,10 NET 30 |

| D | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00 | 0 | 1GRNFIELD | 1 ARMOR | EAC | 0.7265 | 290.60 |
| 00 | 0 | 3/4GRNFIELD | 3/4 ARMOR | EAC | 0.3482 | 208.92 |
| | | | | | SUB-TOTAL: | 499.52 |
| | | | | | SALES TAX: | 41.86 |
| | | | CLOSED 11:45 TO 1:00 PM DAILY | | TOTAL: | 541.38 |

**STOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE**

COPYRIGHT 1/02 KENNINGTON INDUSTRIES, INC

Case 1:07-cv-06904-GBD Document 51-5 Filed 09/27/2007 Page 3 of 10



# Tremont
## ELECTRIC SUPPLY COMPANY
### WHOLESALE DISTRIBUTORS
**"FIND US ON THE WEB"** - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300   FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/25/05 | 63625 |

POWEROPTEC

**POWER OPTECH ELECTRIC**
48-51 36TH STREET
L.I.C.   NY   11101

**SHIP TO:**
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
CALL JIM
646-529-5936

| ORDER NO | SALESPERSON | OUR ORDER NO | SHIPPED VIA | WEIGHT | NO OF PCS | TERMS |
|---|---|---|---|---|---|---|
| CNY07205 | | 63625 | OUR TRUCK | 0 | 75 | 2.0%, 10 NET 30 |

| SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12 | 0 | RAYALAA | A CELL ALKALINE | EAC | 0.9471 | 11.37 |
| 12 | 0 | RAYALD | D CELL ALKALINE | EAC | 1.5717 | 18.86 |
| 1 | 0 | ED740 | NUBEL | EAC | 9.5625 | 9.56 |
| 24 | 0 | RW1X1/2 | 1" REDUCING WASHER | EAC | 0.0840 | 2.02 |
| 24 | 0 | RW3/4X1/2 | 3/4" REDUCING WASHER | EAC | 0.0840 | 2.02 |
| 1 | 0 | AMPRBBT120 | BREAKER TRACER | EAC | 50.9700 | 50.97 |
| 1 | 0 | BRTSTR466M | 6 VOLT SPRING TERMINAL | EAC | 3.1050 | 3.11 |

SUB-TOTAL: 97.9
SALES TAX: 8.2(

CLOSED 11:45 TO 1:00 PM DAILY    TOTAL: 106.1

**STOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE**



# Tremont
Local No. 3 I.B.E.W.

## ELECTRIC SUPPLY COMPANY
WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 08/25/05 | 63518 |

POWEROPTEC

**Bill To:**
WER OPTECH ELECTRIC
-51 36TH STREET
.C.    NY    11101

**Ship To:**
POWER OPTEC
5250 RIVERDALE AVE

| ER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| 07205 | | 63518 | OUR TRUCK | 0 | 1427 | 2.0%,10 NET 30 |

| QTY | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | FDWSH1/4X1100 | 1/4 FENDER WASH 100PK | EAC | 3.4286 | 3.43 |
| 50 | 0 | BX12-2MC | ARMORED CABLE | EAC | 0.3190 | 79.75 |
| 50 | 0 | BX12-3MC | ARMORED CABLE | EAC | 0.4990 | 124.75 |
| 2 | 0 | LENOX14L | 7/8 HOLE SAW -1/2 PIPE ENT. | EAC | 6.0790 | 12.16 |
| 2 | 0 | LENOX18L | 11/8 HOLESAW -3/4 PIPE ENT. | EAC | 6.3852 | 12.77 |
| 2 | 0 | LENOX4L | ARBOR & DRILL 1/4 HEX SHANK | EAC | 5.2072 | 10.41 |
| 12 | 0 | RACO503 | 2 1/2D SW BOX W/EARS | EAC | 4.1731 | 50.08 |
| 24 | 0 | FI1X1/2RB | 1X1/2 REDUCING BUSHING | EAC | 0.6859 | 16.46 |
| 200 | 0 | FHMS11/2X6/32 | 11/2X6/32 FH SCREWS | EAC | 0.0275 | 5.50 |
| 1 | 0 | SC12126 | 12X12X6 SCREW COVER BOX | EAC | 14.3063 | 14.31 |
| 10 | 0 | PSCS120W | SP 20A 277V WHT AC SW | EAC | 2.5885 | 25.89 |
| 200 | 0 | PHSMS3/4X8 | 3/4X8 PHSMS SCREWS | EAC | 0.0241 | 4.82 |
| 12 | 0 | 1DCGFC | 1 GREENFIELD CONN | EAC | 1.4658 | 17.59 |
| 100 | 0 | BXSTRAP | BX CABLE STRAP | EAC | 0.0792 | 7.92 |
| 12 | 0 | ARCO2GCFB | 2 GANG COVER BLANK | EAC | 0.9600 | 11.52 |
| 10 | 0 | ARCO3GCFB | 3 GANG COVER BLANK | EAC | 1.3500 | 13.50 |
| 6 | 0 | LENOXDRILLS | HOLESAW DRILL BIT | EAC | 2.1206 | 12.72 |
| 1 | 0 | IDEAL31343 | 6500 FT PULL LINE | EAC | 31.0800 | 31.08 |
| 100 | 0 | PLASTICTAPE | PLASTIC INSULATING TAPE | EAC | 0.9906 | 99.06 |
| 24 | 0 | CV52FC | 1900 BLANK COVER | EAC | 0.3478 | 8.35 |
| 10 | 0 | 3MG | GREY WIRENUT | EAC | 0.3157 | 31.57 |
| 10 | 0 | 3MB | BLUE SCOTCHLOK | EAC | 0.4616 | 23.08 |
| 5 | 0 | 11/2DCGFC | 11/2 GREENFIELD CONN | EAC | 3.4449 | 17.22 |
| 1 | 0 | ACSENSOR | AC SENSOR | EAC | 19.8050 | 19.81 |
| 25 | 0 | CVP1DW | 1G DUPLEX PLASTIC PLATE W | EAC | 0.3663 | 9.16 |
| 1 | 0 | IDEAL31343 | 6500 FT PULL LINE | EAC | 31.0800 | 31.08 |
| 25 | 0 | 11/2GRNFIELD | 11/2 ARMOR | EAC | 1.8162 | 45.41 |
| 1 | 0 | WMV20GB606 | 3 WIRE GND PLUGMOLD | EAC | 50.5095 | 50.51 |

SUB-TOTAL: 789.91
SALES TAX: 0.00

CLOSED 11:45 TO 1:00 PM DAILY    TOTAL: 789.91

TOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE

# Power Optech, LLC

387 7th Street
Jersey City, NJ 07302

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2005 | 2533 |

| Bill To | Job Description |
|---|---|
| Andron Construction Corporation<br>21 Anderson Lane<br>Golden Bridges, NY 10526<br>Attn: Jeff Rosser | Andron Construction<br>Riverdale Country School<br>Attn: Jeff Rosser<br>Contact: Matt Mahony |

| P.O. Number | Terms | Ship | Via | Project |
|---|---|---|---|---|
| 100 | Due on receipt | 9/30/2005 | | 05LECNY07205 Riverdale |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Riverdale Country School | | |
| 35 | Quoted Price - NY | 09/01/05 | 112.00 | 3,920.00T |
| 35 | Quoted Price - NY | 09/02/05 | 112.00 | 3,920.00T |
| 1 | Quoted Price - NY | Materials Cost + 15%  Cost=$2,135.18 | 2,455.457 | 2,455.46T |
| | | sales tax exempt | 0.00% | 0.00 |

Please Send All Payments To:
TGS LLC
P.O. Box 31005
Hartford, CT 06150-1005

**Total** $10,295.46



Case 1:05-cv-04095-GBD Document 61-5 Filed 09/27/2007 Page 6 of 10

# ELECTRIC SUPPLY COMPANY
## WHOLESALE DISTRIBUTORS
**"FIND US ON THE WEB"** - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 09/06/05 | 63921 |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.   NY  11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| CNY07205 | | 63921 | OUR TRUCK | 0 | 40 | 2.0%, 10 NET 3 |

| QUANTITY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 40 | 0 | QOB115 | SP 15A BD BREAKER | EAC | 13.7614 | 550.4 |

SUB-TOTAL: 550.
SALES TAX: 46.

CLOSED 11:45 TO 1:00 PM DAILY

TOTAL: 596.

**RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE**

COPYRIGHT 1/03, KENNINGTON INDUSTRIES



# Tremont
## ELECTRIC SUPPLY COMPANY
### WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 09/07/05 | 63891 |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.           NY   11101

SHIP TO:
POWER OPTEC
5250 RIVERDALE AVE
FIELDSTON SCHOOL

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| CNY07205 | - | 63891 | OUR TRUCK | 0 | 620 | 2.0% 10 NET 30 |

| QTY | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 50 | 0 | 3/8TBCONN | 3/8 TITE BITE CONNECTOR | EAC | 0.3689 | 18.45 |
| 1 | 0 | SC12126 | 12X12X6 SCREW COVER BOX | EAC | 14.3063 | 14.31 |
| 24 | 0 | CV19D | 1900 DUP FIN CV MUL# 11402 | EAC | 0.8870 | 21.29 |
| 25 | 0 | 3/4TWDCSSCONN | 3/4 EMT SET SCREW CONN. | EAC | 0.2488 | 6.22 |
| 6 | 0 | GALCP3/4 | 3/4 PIPE COUP | EAC | 1.2352 | 7.41 |
| 50 | 0 | STRAP1TW | 1 EMT STRAP | EAC | 0.0998 | 4.99 |
| 100 | 0 | ROMEXCONN | 2 SCREW NM CABLE CONN | EAC | 0.1486 | 14.86 |
| 100 | 0 | PHSMS1/2X10 | 1/2 X 10 PHIL HD SMS SCREWS | EAC | 0.0261 | 2.61 |
| 6 | 0 | ROTOBLADE | REPLACEMENT BLADE | EAC | 4.4786 | 26.87 |
| 2 | 0 | KLEIN44101 | REPL KNIFE BLADE CARD 5 | EAC | 1.6139 | 3.23 |
| 1 | 0 | FDWSH1/4X11/4 | 1/4 FENDER WASH 100PK | EAC | 4.6901 | 4.69 |
| 1 | 0 | CV19T | 1900 SWITCH PLATE | EAC | 0.8870 | 0.89 |
| 6 | 0 | FI3/4RB | 3/4 REDUCING BUSH | EAC | 0.4386 | 2.63 |
| 6 | 0 | RW3/4X1/2 | 3/4" REDUCING WASHER | EAC | 0.0840 | 0.50 |
| 250 | 0 | BX12-3MC | ARMORED CABLE | EAC | 0.5100 | 127.50 |

SUB-TOTAL: 256.4
SALES TAX: 21.4

CLOSED 11:45 TO 1:00 PM DAILY

TOTAL: 277.9

**STOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE**



# Tremont
## ELECTRIC SUPPLY COMPANY
WHOLESALE DISTRIBUTORS
"FIND US ON THE WEB" - www.tremont.com
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300   FAX #(718) 731-8383

**INVOICE**

| DATE | NUMBER |
|---|---|
| 09/06/05 | 63812 |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.        NY   11101

**SHIP TO:**
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| CNY07205 |  | 63812 | OUR TRUCK | 0 | 232 | 2.0% 10 NET 30 |

| QTY | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | 0 | CVP2TW | 2G TOG WHT LEX CV MUL# 90072 | EAC | 0.8140 | 4.8 |
| 2 | 0 | CVP4TW | 4G TOGGLE PLASTIC PLATE W | EAC | 3.5200 | 7.0 |
| 12 | 0 | CVP1TSRMW | COMB. SW. & SRM WHT. | EAC | 1.5400 | 18.4 |
| 20 | 0 | PSSP26W | 1 GANG DECORA PLATE WT. | EAC | 0.2500 | 5.0 |
| 2 | 0 | PSSP263W | DECORA/GFCI PLATE-3GANG | EAC | 0.7500 | 1.5 |
| 12 | 0 | CV192SRM | 4" RAISE 2G GFI COVER | EAC | 2.1000 | 25.2 |
| 12 | 0 | CV19SRM | 4" SQ. RAISED G.F.I. COVER | EAC | 1.2264 | 14.7 |
| 6 | 0 | CV72RD | 5 SQ 1G DUP CV MUL# 11502 | EAC | 2.4864 | 14.9 |
| 50 | 0 | RACO192 | 4SQ 1 1/2D BOX COMBO KO | EAC | 0.6900 | 34.5 |
| 6 | 0 | 1/2DCON | 1/2 OFFSET NIPPLE | EAC | 1.0830 | 6.5 |
| 12 | 0 | 1/2DCLN | 1/2 LOCKNUT | EAC | 0.0646 | 0.7 |
| 50 | 0 | 3/8TBCONN | 3/8 TITE BITE CONNECTOR | EAC | 0.3689 | 18.4 |
| 2 | 0 | LENOX4L | ARBOR & DRILL 1/4 HEX SHANK | EAC | 5.2072 | 10.4 |
| 40 | 0 | QOB120 | SP 20A BD BREAKER | EAC | 13.7614 | 550.4 |

SUB-TOTAL: 712.
SALES TAX: 0.

CLOSED 11:45 TO 1:00 PM DAILY    TOTAL: 712.

RESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# Tremont
## ELECTRIC SUPPLY COMPANY
Local No. 3 I.B.E.W.

WHOLESALE DISTRIBUTORS

**"FIND US ON THE WEB"** - www.tremont.com

1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300    FAX #(718) 731-8383

# INVOICE

| DATE | NUMBE |
|---|---|
| 08/29/05 | 63649 |

POWEROPTEC

POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.    NY    11101

SHIP TO:
POWER OPTEC
RIVERDALE COUNTRY SCHOOL
5250 FIELDSTON RD
646-529-5936

| R.ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS | TERMS |
|---|---|---|---|---|---|---|
| ECNY-07205 | - | 63649 | OUR TRUCK | 0 | 603 | 2.0%,10 NET 3 |

| QNTY | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 80 | 0 | PSCR20W | WHT. DPLX RECPT NEMA 5-20R | EAC | 1.4900 | 119.2 |
| 20 | 0 | PSCS320W | 3 WAY 20A 277V SW WHT | EAC | 3.7500 | 75.0 |
| 3 | 0 | CVP5TW | 5G TOGGLE PLASTIC PLATE W | EAC | 7.0400 | 21.1 |
| 500 | 0 | BX12-2MC | ARMORED CABLE | EAC | 0.3190 | 159.5 |

SUB-TOTAL: 374.
SALES TAX: 31.

CLOSED 11:45 TO 1:00 PM DAILY    TOTAL: 406.

ESTOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE



# Tremont
## ELECTRIC SUPPLY COMPANY
### WHOLESALE DISTRIBUTORS
**"FIND US ON THE WEB" - www.tremont.com**
1785 Jerome Avenue, Bronx, New York 10453
(718) 731-8300   FAX #(718) 731-8383

Legal No. 3 I.B.E.W.

# INVOICE

| DATE | NUMBER |
|---|---|
| 08/29/05 | 63662 |

POWEROPTEC

**Sold To:**
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.    NY    11101

**Ship To:**
POWER OPTECH ELECTRIC
48-51 36TH STREET
L.I.C.    NY    11101

| ORDER NO. | SALESPERSON | OUR ORDER NO. | SHIPPED VIA | WEIGHT | NO. OF PCS. | TERMS |
|---|---|---|---|---|---|---|
| NY07205 |  | 63662 | OUR TRUCK | 0 | 359 | 2.0% 10 NET 30 |

| QTY SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 0 | 1/2DCGFC | 1/2 GREENFIELD CONN | EAC | 0.3086 | 3.09 |
| 24 | 0 | CV52FC | 1900 BLANK COVER | EAC | 0.3478 | 8.35 |
| 100 | 0 | 3MG | GREY WIRENUT | EAC | 0.2762 | 27.62 |
| 100 | 0 | 3MB | BLUE SCOTCHLOK | EAC | 0.4616 | 46.16 |
| 25 | 0 | 11/2GRNFIELD | 11/2 ARMOR | EAC | 1.8162 | 45.41 |
|  |  |  | FOLLOWING ITEMS ALREADY BILLED ON INVOICE #63510 |  |  |  |
| 2 | 0 | IDEAL31343 | 6500 FT PULL LINE | EAC | 0.0000 | N/C |
| 100 | 0 | PLASTICTAPE | PLASTIC INSULATING TAPE | EAC | 0.0000 | N/C |

SUB-TOTAL: 130.63
SALES TAX: 10.95

CLOSED 11:45 TO 1:00 PM DAILY

**TOTAL: 141.58**

STOCKING CHARGE OF 15% FOR ALL RETURNED MERCHANDISE