%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

POWER OPTECH, LLC

**SUMMONS IN A CIVIL ACTION**

V.

ANDRON CONSTRUCTION CORPORATION
and RIVERDALE COUNTRY SCHOOL

CASE NUMBER:    07-cv-2409(JAG)

TO: (Name and address of Defendant)

ANDRON CONTRUCTION CORPORATION
21 Anderson Avenue
Goldens Bridge, NY 10526

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

AARON VAN NOSTRAND, ESQUIRE
DUANE MORRIS, LLP
744 Broad Street, Ste. 1200
Newark, New Jersey 07102

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK    _/s/ L. Dunlop_

(By) DEPUTY CLERK

DATE    5/23/2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      NEW JERSEY

POWER OPTECH, LLC

**SUMMONS IN A CIVIL ACTION**

V.

ANDRON CONSTRUCTION CORPORATION
and RIVERDALE COUNTRY SCHOOL

CASE NUMBER:    07-cv-2409(JAG)

TO: (Name and address of Defendant)

RIVERDALE COUNTRY SCHOOL
5250 Fieldston Road
Bronx, New York 10471

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

AARON VAN NOSTRAND, ESQUIRE
DUANE MORRIS, LLP
744 Broad Street, Ste. 1200
Newark, New Jersey 07102

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK

(By) DEPUTY CLERK

DATE    5/23/2007