| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, EXHIBITS | |
| EFFECTED (1) BY ME: | NICHOLAS JAVAS | |
| TITLE: | PROCESS SERVER | DATE: 05/24/2007 03:07PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ANDRON CONSTRUCTION CORP.

Place where served:

21 ANDERSON AVE   GOLDENS BRIDGE NY 10526

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

HAROLD GABRIEL

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___        SERVICES $ ___.___        TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5/24/20 07

SIGNATURE OF NICHOLAS JAVAS L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05/24/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

| ATTORNEY: | AARPM VAN NOSTRAND, ESQ. |
|---|---|
| PLAINTIFF: | POWER OPTECH LLC |
| DEFENDANT: | ANDRON CONSTRUCTION CORP., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 2409 JAG |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR