| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, EXHIBITS** | |
| EFFECTED (1) BY ME: **NICHOLAS JAVAS** | |
| TITLE: **PROCESS SERVER** | DATE: **05/31/2007 02:53PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RIVERDALE COUNTRY SCHOOL

Place where served:

5250 FIELDSTON ROAD   BRONX NY 10472

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KATHLEEN LIBERMAN

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___       SERVICES $ _____.___       TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5/31/20 07           _____ L.S.
SIGNATURE OF NICHOLAS JAVAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05/31/07
JSulley

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:   AARON VAN NOSTRAND, ESQ.
PLAINTIFF:    POWER OPTECH LLC
DEFENDANT: ANDRON CONSTRUCTION CORP., ET AL
VENUE:        DISTRICT
DOCKET:      07 CV 2409 JAG

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.