# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

POWER OPTECH, LLC

    Plaintiff(s)

v.

ANDRON CONSTRUCTION CORPORATION and RIVERDALE COUNTRY SCHOOL,
    Defendant(s)

CIVIL ACTION NO. 07civ-02409-JAG-MCA

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
**[Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk's Order extending time within which defendant(s) __Andron Construction Corporation__ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on __May 24, 2007__; and
3. Time to Answer, Move or otherwise Reply expires on __June 13, 2007__.

/s/ Harold M. Pressberg    (HP8101)
Attorney for Defendant(s)
Address: Norton & Christensen
151 West Passaic Street
Rochelle Park, NJ 07662

June 12, 2007

## ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
    Deputy Clerk