# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

POWER OPTECH, LLC

                         Plaintiff(s)

v.

ANDRON CONSTRUCTION CORPORATION
and RIVERDALE COUNTRY SCHOOL,
                         Defendant(s)

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
07civ-02409-JAG-MCA

## APPLICATION FOR EXTENSION OF TIME TO
## ANSWER, MOVE, OR OTHERWISE REPLY
### [Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending

time within which defendant(s)   Riverdale Country Schoold

may answer, move, or otherwise reply to the Complaint filed by

plaintiff(s) herein and it is represented that:

    1. No previous extension has been obtained;
    2. Service of Process was effected on May 31, 2007; and
    3. Time to Answer, Move or otherwise Reply expires on June 20, 2007 .

/s/ Harold M. Pressberg     (HP8101)

**Attorney for Defendant(s)**
Address: Norton & Christensen
151 West Passaic Street
Rochelle Park, NJ 07662

June 15, 2007

## ORDER

    The above application is ORDERED GRANTED extended to _____ .
ORDER DATED: _____

                       WILLIAM T. WALSH, Clerk

                       By: _____
                                  Deputy Clerk