Harold M. Pressberg, Esq. (HP8101)
Norton & Christensen
151 West Passaic Street
Rochelle Park, New Jersey 07662
Telephone: (201) 909-3735
Attorneys for Defendant
Andron Construction Corporation

```
                UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| Power Optech, LLC, | : |
|  | : |
| Plaintiff, | : |
|  | : CIVIL ACTION NO.: |
| v. | : 07-CV-02409-JAG-MCA |
|  | : |
| Andron Construction Corporation | : **RULE 7.1 DISCLOSURE** |
| and Riverdale Country School, | : |
|  | : |
| Defendants. | : |

Pursuant to FRCP Rule 7.1, Defendant Andron Construction Corporation states that it has no parent corporation and no publicly held corporation holds any of its stock.

Dated: June 26, 2007
       Rochelle Park, New Jersey

                           NORTON & CHRISTENSEN


                           By: /s/ Harold M. Pressberg
                               Harold M. Pressberg (HP8101)
                               Attorneys for Defendant
                               Andron Construction Corporation
                               Norton & Christensen
                               151 West Passaic Street
                               Rochelle Park, New Jersey 07662
                               Telephone: (201) 909-3735
                               email: hmpnc@frontiernet.net

To: Aaron Van Nostrand, Esq.
    Duane Morris, LLP
    Attorneys for Plaintiff
    744 Broad Street, Suite 1200
    Newark, New Jersey 07102-3889
    (973) 424-2000

- 2 -