Harold M. Pressberg, Esq. (HP8101)
Norton & Christensen
151 West Passaic Street
Rochelle Park, New Jersey 07662
Telephone: (201) 909-3735
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| Power Optech, LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: |
| | : | 07-CV-02409-JAG-MCA |
| v. | : | |
| | : | ***ANSWER*** |
| Andron Construction Corporation | : | |
| and Riverdale Country School, | : | |
| | : | |
| Defendants. | : | |

---

Defendant Riverdale Country School, with its principal place of business at 5250 Feldston Road, Bronx, New York, by its attorneys, Norton & Christensen, as and for its answer states:

1. Denies knowledge or information sufficient to form a belief concerning the truth or falsity of the allegations stated or contained in Paragraphs 1, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 29, 30, 31, 32, 33, 36, 41, 42, 43, 44, 45, 46, and 47 of the Complaint.

2. Admits the allegations stated and contained in Paragraphs 2, 3, 4, 7, and 8 of the Complaint.

3. As for the allegations stated or contained in Paragraph 5 of said Complaint, admits that the amount in

controversy exceeds $75,000, but lacks knowledge or information sufficient to form a belief as to Plaintiff's citizenship.

 4. Denies the allegations stated or contained in Paragraphs 6, 16, 34, 37, 38, and 39 of the Complaint.

 5. As for Paragraph 35 of said Complaint, admits Andron has submitted a request to the Riverdale Country School for additional compensation including, among other things, certain as yet unsubstantiated costs claimed by Plaintiff Power Optech, but otherwise denies the allegations stated and contained therein.

 6. As and for its answer to Paragraph 19, repeats and realleges its responses to paragraphs 1 through 18 of the complaint as though set forth at length herein.

 7. As and for its answer to Paragraph 28, repeats and realleges its responses to paragraphs 1 through 27 of the complaint as though set forth at length herein.

 8. As and for its answer to Paragraph 40, repeats and realleges its responses to paragraphs 1 through 39 of the complaint as though set forth at length herein.

<u>AS AND FOR A FIRST AFFIRMATIVE DEFENSE</u>

This Court lacks personal jurisdiction over Defendant Riverdale Country School.

<u>AS AND FOR A SECOND AFFIRMATIVE DEFENSE</u>

The Second Count fails to state a cause of action.

WHEREFORE, Defendant Riverdale Country School demands judgment dismissing the Complaint.

Dated: July 5, 2007

                         Norton & Christensen

                         By: /s/Harold M. Pressberg
                              Harold M. Pressberg (HP8101)
                              Attorneys for Defendants
                              151 West Passaic Street
                              Rochelle Park, New Jersey 07662
                              Telephone: (201) 909-3735
                              Facsimile: (201) 368-2101
                              email: hmpnc@frontiernet.net

To: Aaron Van Nostrand, Esq.
     Duane Morris, LLP
     Attorneys for Plaintiff
     744 Broad Street, Suite 1200
     Newark, New Jersey 07102-3889
     (973) 424-2000