Harold M. Pressberg, Esq. (HP8101)
Norton & Christensen
151 West Passaic Street
Rochelle Park, New Jersey 07662
Telephone: (201) 909-3735
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

------------------------------------
Power Optech, LLC,                  :
                                    :
          Plaintiff,                :
                                    :   CIVIL ACTION NO.:
     v.                             :   07-CV-02409-JAG-MCA
                                    :
Andron Construction Corporation     :   **RULE 7.1 DISCLOSURE**
and Riverdale Country School,       :
                                    :
          Defendants.               :
------------------------------------

Pursuant to FRCP Rule 7.1, Defendant Riverdale Country Schhol states that it has no parent corporation and no publicly held corporation holds any of its stock.

Dated:  July 5, 2007
        Rochelle Park, New Jersey

                            NORTON & CHRISTENSEN


                            By: /s/Harold M. Pressberg
                                Harold M. Pressberg (HP8101)
                                Attorneys for Defendants
                                Norton & Christensen
                                151 West Passaic Street
                                Rochelle Park, New Jersey 07662
                                Telephone: (201) 909-3735
                                email: hmpnc@frontiernet.net

To: Aaron Van Nostrand, Esq.
    Duane Morris, LLP
    Attorneys for Plaintiff
    744 Broad Street, Suite 1200
    Newark, New Jersey  07102-3889
    (973) 424-2000