Harold M. Pressberg, Esq. (HP8101)
Norton & Christensen
151 West Passaic Street
Rochelle Park, New Jersey 07662
Telephone: (201) 909-3735
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

---------------------------------
Power Optech, LLC,                :
                                  :
         Plaintiff,               :    CIVIL ACTION NO.:
                                  :    02:07-cv-02409-JAG-MCA
     v.                           :
                                  :    ***NOTICE OF MOTION***
Andron Construction Corporation   :
and Riverdale Country School,     :
                                  :
         Defendants.              :
---------------------------------

To: Aaron Van Nostrand, Esq.
    Duane Morris, LLP
    Attorneys for Plaintiff
    744 Broad Street, Suite 1200
    Newark, New Jersey 07102-3889
    (973) 424-2000

PLEASE TAKE NOTICE, that the undersigned will bring a motion on for hearing before Hon. Joseph A. Greenaway, Jr., one of the Judges of this Court, at Room 03, United States Court House, 50 Walnut Street, Newark, New Jersey, on the 13th day of August, 2007, at 10 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard:

1. Pursuant to 28 U.S.C. § 1406(a), to change the venue of this action to the United States District Court for the Southern District of New York on the grounds that it is in the wrong

district because, (a) the jurisdiction of this court is invoked solely on the grounds of diversity of citizenship, and (b) the Defendant Riverdale Country School is not subject to personal jurisdiction in the District of New Jersey, or

2. In the alternative, pursuant to 28 U.S.C. § 1404(a), to change the venue of this action to the United States District Court for the Southern District of New York for the convenience of parties and witnesses.

The Certifications of Kathleen Schoonmaker and Mark Wilson are submitted in support of the motion.

Dated: July 18, 2007

    Norton & Christensen

By: /s/ Harold M. Pressberg
    Harold M. Pressberg (HP8101)
    Attorneys for Defendants
    151 West Passaic Street
    Rochelle Park, New Jersey 07662
    Telephone: (201) 909-3735
    Facsimile: (201) 368-2101
    email: hmpnc@frontiernet.net