## NORTON & CHRISTENSEN
ATTORNEYS AND COUNSELLORS AT LAW
151 WEST PASSAIC STREET
ROCHELLE PARK, NEW JERSEY 07662

(201) 909-3735
TELECOPIER (201) 368-2102

NEW YORK OFFICE
60 ERIE STREET
POST OFFICE BOX 308
GOSHEN, NEW YORK 10924

(845) 294-7949
TELECOPIER (845) 294-7791

HENRY N. CHRISTENSEN, JR.
HAROLD M. PRESSBERG

July 18, 2007

Honorable Joseph A. Greenaway, Jr.
Room 3
United States Court House
50 Walnut Street
Newark, New Jersey 07102

Re: *Power Optech, LLC v. Andron Construction Corporation and Riverdale Country School*
Civil Action No.: 02:07-cv-02409-JAG-MCA

Honorable and Dear Sir:

Attached is a copy of a proposed Order which I failed to attach to the Notice of Motion when filing the motion electronically.

Respectfully submitted,

/s/ Harold M. Pressberg

Harold M. Pressberg

HMP:le
Enclosures