Harold M. Pressberg, Esq. (HP8101)
Norton & Christensen
151 West Passaic Street
Rochelle Park, New Jersey 07662
Telephone: (201) 909-3735
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

```
---------------------------------
Power Optech, LLC,                :
                                  :
             Plaintiff,           :    CIVIL ACTION NO.:
                                  :    02:07-cv-02409-JAG-MCA
        v.                        :
                                  :
Andron Construction Corporation   :
and Riverdale Country School,     :
                                  :
             Defendants.          :
---------------------------------
```

**ORDER**

Defendants having moved, pursuant to 28 U.S.C. § 1406(a) or, in the alternative, 28 U.S.C. § 1404(a), for an Order transferring the venue of this action to the United States District Court for the Southern District of New York,

The above application is **ORDERED GRANTED** pursuant to 28 U.S.C. § 1406(a), and it is

**FURTHER ORDERED** that the Clerk is directed to transfer this action to the United States District Court for the Southern District of New York.

ORDER DATED:_____

_____
Joseph A. Greenaway, Jr.
U.S. District Judge