**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
By: Aaron Van Nostrand (AV 0072)
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Telephone: 973.424.2000
Attorneys for Plaintiff
Power Optech, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Power Optech, LLC,

    Plaintiff,

v.

Andron Construction Corporation and Riverdale
Country School,

    Defendants.

CIVIL ACTION NO. 07-cv-02409-JAG-MCA

## CONSENT ORDER

**WHEREAS** on or about May 23, 2007, Plaintiff Power Optech, LLC ("Power Optech") filed a Complaint against Defendants Andron Construction Corporation and Riverdale Country School (collectively "Defendants");

**WHEREAS** on or about June 26 and July 5, 2007, respectively, Defendants Andron Construction Corporation and Riverdale Country School filed Answers to the Complaint;

**WHEREAS** on or about July 18, 2007, Defendants filed a motion to transfer this matter to the United States District Court for the Southern District of New York (the "Motion");

**WHEREAS** the Motion is returnable on September 10, 2007;

**WHEREAS** all parties consent to the transfer of this matter to the United States District Court for the Southern District of New York;

- 2 -

**WHEREAS** Defendants consent to jurisdiction in the United States District Court for the Southern District of New York;

It is on this _____ day of _____ 2007, **ORDERED** as follows:

1. Defendants' Motion is withdrawn.

2. The Clerk shall take all steps necessary to transfer this matter to the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312.

_____
HON. JOSEPH A. GREENAWAY, U.S.D.J.

The undersigned counsel for the parties hereby consent to the form and entry of this Order:

| **DUANE MORRIS LLP** | **NORTON & CHRISTIANSEN, PA** |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| By: /s/ Aaron Van Nostrand_____ | By: /s/ Harold M. Pressberg_____ |
| Aaron Van Nostrand | Harold M. Pressberg |