# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
50 Walnut Street
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
1 John F. Gerry Plaza
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

Aug. 31, 2007

REPLY TO: NEWARK

James M. Parkinson, Clerk
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: Power Optech, LLC -v- Andron Construction Corporation**
    **Civil 07-2409**

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated 8/29/2007 you can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:  Norma Rodriguez
     Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____ DATE: _____.

YOUR CIVIL DOCKET NUMBER: _____.

### Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format:
   - Run Report

     ▸ To view a document from the docket sheet, click on the blue "underlined" document number;

     ▸ To download, click on File>Save a Copy and save to your specific directory;

     ▸ If the document does not have an underlined document number, it is either:

       - A text only entry and no document is attached, or
       - An entry made prior to electronic case filing and the original is enclosed, or
       - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   ▸   Camden - 866-726-0726 or 856-757-5285
   ▸   Newark - 866-208-1405 or 973-645-5924
   ▸   Trenton - 866-848-6059 or 609-989-2004