*please mail to Jenny Horne*

**United States District Court**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street**
**New York, New York 10007-1213**

J. Michael McMahon
   Clerk of Court

Date: 9/17/2007

S. D. N. Y. docket number: 07cv8117

Re: Power Optech, LLC v. Andron Construction Corp, et al

Assigned to: Baer

Transferred from: District of New Jersey, 0cv2409 JAG

Dear Counsel:

    This letter is to advise you that the above-captioned matter was transferred to the United States District Court for the Southern District of New York.

    All documents filed in the above-captioned matter must bear the case caption, the docket number and the initials of the district judge to whom the case is assigned. If the matter is referred to a magistrate judge, the magistrate judge's initials must follow the initials of the district judge.

    If this case has been designated ECF, all counsel are required to be registered ECF users of this court's ECF system. Please visit this court's website at www.nysd.uscourts.gov, to review this court's Procedures for Electronic Case Filing and the Guidelines for Electronic Case Filing. If this case has not been designated as an ECF case, all papers must be filed in the traditional manner.

Yours truly,

J. Michael McMahon, Clerk of Court

By: Jenny Horne, Deputy Clerk of Court

Cc: District of New Jersey