UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Power Optech, LLC,

   Plaintiff,

v.

Andron Construction Corporation
and Riverdale Country School,

   Defendants.

CIVIL ACTION NO.:
1:07-cv-8117-HB (KNF)

CONSENT TO
CHANGE ATTORNEY

---

IT IS HEREBY CONSENTED that Harold J. Gabriel, Esq., 21 Anderson Lane, Goldens Bridge, New York 10526, be substituted as attorney of record for the undersigned parties in the above-entitled action in place and stead of Norton & Christensen as of the date hereof.

Dated: September 18, 2007
   Goshen, New York

ANDRON CONSTRUCTION CORPORATION
Defendant

By: _____
  Donald L. Benson, Treasurer

RIVERDALE COUNTRY SCHOOL
Defendant

By: _____
  Kathleen Schoonmaker, Director
  of Finance and Operations

_____
Harold G. Gabriel HG3082
21 Anderson Lane
Goldens Bridge, New York 10526
Telephone: (914) 232-7531
Facsimile: (914) 232-4185
email: hgabriel@androncc.com

NORTON & CHRISTENSEN

By: /S/ Harold M. Pressberg
Harold M. Pressberg (HP8101)
60 Erie Street
Post Office Box 308
Goshen, New York 10924
Telephone: (845) 294-7949
Facsimile: (845) 294-7791
email: hmpnc@frontiernet.net