DOC #: _____
DATE FILED: 11/15/07

------------------------------- x

Power Optech, LLC

                Plaintiff(s),

     - against -

Anderson Construction Corp and
Riverdale County School Defendant(s).

------------------------------- x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 8117 (HK)(KF)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 744 Broad St, Suite 1200 Newark, NJ 07102
Telephone 973-424-7016

_____
Attorney(s) for Defendant(s)
Address 21 Anderson Lane, Goldens Bridge, NY 10526
Telephone 914-232-7531

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
                  U.S.D.J.

Magistrate Judge K Fox _____ was assigned this case on 11/15/07.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

IH-30