DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

NOV 19 2007

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Power Optech, LLC,

      Plaintiff,

v.

Andron Construction Corporation
and Riverdale Country School,

      Defendants.

---

CIVIL ACTION NO.:
1:07-cv-8117-HB (KNF)

*STIPULATION OF DISMISSAL*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, that pursuant to FRCP Rule 41(a)(1), this action is dismissed against Defendant Riverdale Country School without prejudice and without costs to either party. This Stipulation may be filed with the court without notice to any party.

Dated: November 16, 2007
       Goldens Bridge, New York

DUANE MORRIS, LLP
Attorneys for Plaintiff

By: _____
Aaron Van Nostrand (AV0072)
744 Broad St - Suite 1200
Newark, NJ 07102
T (973) 424-2000
F (973) 424-2001

HAROLD G. GABRIEL
Attorney for Defendants

_____
Harold J. Gabriel (HG3082)
21 Anderson Lane
Goldens Bridge, NY 10526
T (914) 232-7531
F (914) 232-4185

SO ORDERED:

_____
U.S.D.J.