USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/10/07

Fox, mag

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Power Optech, LLC,

        Plaintiff,

    v.

Andron Construction Corporation
and Riverdale Country School,

        Defendants.

---

CIVIL ACTION NO.:
1:07-cv-8117-HB (KNF)

*NOTICE OF SUBSTITUTION
AND APPEARANCE*

    NOTICE IS HEREBY GIVEN that HAROLD J. Gabriel, Esq., 21 Anderson Lane, Goldens Bridge, NY 10526, is substituted as attorney of record for Defendants in the above-entitled action, as of September 18, 2007, the date of the attached Consent to Change of Attorney, and hereby enters his appearance.

Dated: December 4, 2007
       Goldens Bridge, New York

HAROLD G. GABRIEL
Attorney for Defendants

By: /s/ Harold J. Gabriel
Harold J. Gabriel (HG3082)
21 Anderson Lane
Goldens Bridge, NY 10526
T (914) 232-7531
F (914) 232-4185

NOTICE ACCEPTED:
DUANE MORRIS, LLP
Attorneys for Plaintiff

Aaron Van Nostrand (AV0072)
744 Broad St - Suite 1200
Newark, NJ 07102
T (973) 424-2000
F (973) 424-2001

SUBSTITUTION APPROVED: 12/10/07

/s/ Kevin Fox
Hon. Kevin N. Fox
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------
Power Optech, LLC,            :
                              :
            Plaintiff,        :    CIVIL ACTION NO.:
                              :    1:07-cv-8117-HB (KNF)
       v.                     :
                              :    CONSENT TO
Andron Construction Corporation :   CHANGE ATTORNEY
and Riverdale Country School, :
                              :
            Defendants.       :
---------------------------------------

IT IS HEREBY CONSENTED that Harold J. Gabriel, Esq., 21 Anderson Lane, Goldens Bridge, New York 10526, be substituted as attorney of record for the undersigned parties in the above-entitled action in place and stead of Norton & Christensen as of the date hereof.

Dated: September 18, 2007
       Goshen, New York

ANDRON CONSTRUCTION CORPORATION        NORTON & CHRISTENSEN
Defendant

By: /s/ Donald L. Bauer                By: /s/ Harold M. Pressberg
    Donald L. Bauer, Treasurer             Harold M. Pressberg (HP8101)
                                           60 Erie Street
RIVERDALE COUNTRY SCHOOL                   Post Office Box 308
Defendant                                  Goshen, New York 10924
                                           Telephone: (845) 294-7949
By: /s/ Kathleen Schoonmaker              Facsimile: (845) 294-7791
    Kathleen Schoonmaker, Director         email: hmpnc@frontiernet.net
    of Finance and Operations

/s/ Harold G. Gabriel
Harold G. Gabriel HG3032
21 Anderson Lane
Goldens Bridge, New York 10526
Telephone: (914) 232-7531
Facsimile: (914) 232-4185
email: hgabriel@androncc.com

TOTAL P.02

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------
Power Optech, LLC,               :
                                 :
            Plaintiff,           :   CIVIL ACTION NO.:
                                 :   1:07-cv-8117-HB (KNF)
     v.                          :
                                 :   AFFIDAVIT PURSUANT
Andron Construction Corporation  :   TO LOCAL RULE 1.4
and Riverdale Country School,    :
                                 :
            Defendants.          :
------------------------------------
```

STATE OF NEW YORK   )
                    : ss:
COUNTY OF ORANGE    )

HAROLD M. PRESSBERG, being duly sworn, deposes and says:

1. I am a member of Norton & Christensen and counsel of record for Defendant Andron Construction Corporation. (Defendant Riverdale Country School has been dismissed from this case by Stipulation filed on November 17, 2007.) I make this affidavit in support of Andron's application to have Harold J. Gabriel, Esq., be substituted for the undersigned as counsel of record and lead attorney. I am fully familiar with the facts set forth herein.

2. Plaintiff originally brought the above-entitled action in the District of New Jersey.

3. Because I am admitted to practice before the United States District Court for the District of New Jersey ("USDCNJ"), Defendants Andron Construction Corp. ("Andron") and Riverdale

Country School retained me to represent them and to file an answer and a motion for change of venue.

4.  I filed the answer and motion in the USDCNJ, after which Plaintiff stipulated to the change of venue.

5.  After the District Judge in New Jersey granted the change of venue, the case was transferred to this Court on September 17, 2007.

6.  Defendant Andron desired that Andron General Counsel Harold J. Gabriel, admitted to practice before the this Court, should take over its representation in this matter.

7.  Defendant and I executed the attached Consent to Change Attorney, and Attorney Gabriel has prepared the attached Notice of Substitution and Appearance.

8.  The posture of the case is: Plaintiff's counsel and Attorney Gabriel met with the Court for prehearing conferences, with Judge Baer on November 15, 2007, and with Judge Fox on December 4, 2007. Discovery has not yet begun. The parties have agreed to the FRCP 26(a) disclosures by December 14, 2007, and to complete discovery by March 31, 2008.

8. Substitution of Defendants' attorney at this time will not affect the posture or progress of the case.

WHEREFORE, it is respectfully requested that the Court approve the attached Notice of Substitution and Appearance.

*Harold M. Pressberg*
Harold M. Pressberg

Sworn to before me this

5th day of December, 2007

*D. Sally Call Knapp*
Notary Public

D. SALLY CALL-KNAPP
Notary Public, State of New York
No. 02-CA4966052
Qualified in Orange County
Commission Expires April 30, 2010

-3-