UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Power Optech, LLC, :
: 
      Plaintiff, :   CIVIL ACTION NO.:
:   07-cv-8117 (KNF)
v. :
:   *RULE 26(a)(1) DISCLOSURE*
Andron Construction Corporation, :
:
      Defendant. :

---

    Pursuant to FRCP 26(a)(1), Defendant discloses the following.

(A) The names and addresses of individuals likely to have discoverable information that Defendant may use to support its claims and defenses:

    > Max LeClerc, 134-28 230th Street, Laurelton, NY 11413, 347-386-1399

    > Mark Wilson, Andron Construction Corp., 21 Anderson Lane, Goldens Bridge, NY 10526  914-232-7531

    > Jeff Rosser, P.O. Box 487, Goldens Bridge, NY 10526, 917-748-7296

    > Joe Constantino, 287 Daisy Lane, Carmel, NY 10512, 845-277-8507

(B) A description by category of documents and things in Defendant's possession, custody or control that Defendant may use to support its claims and defenses:

    > plans and specifications for the project to construct additions and renovations ("the Project") at The Riverdale

Country School, Bronx, NY("the School");

> agreement in writing between Defendant and the School for the Project;

> agreement in writing between Defendant and subcontractor Ryan Electric Company, LLC for electrical work at the Project;

> change order logs for the Project;

> request for information (RFI) logs for the Project;

> sketch logs for the Project;

> daily reports for the Project;

> requisitions for the Project;

> job cost reports for the Project.

(C) None.

(D) None

Dated:   December 14, 2007
         Goldens Bridge, New York

HAROLD G. GABRIEL
Attorney for Defendant

By: _____
Harold J. Gabriel (HG3082)
21 Anderson Lane
Goldens Bridge, NY 10526
T (914) 232-7531
F (914) 232-4185