```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POWER OPTECH, LLC,

                    Plaintiff,
                                                            :
         -against-                                             ORDER
                                                            :
ANDRON CONSTRUCTION CORP., et al.,                             07 Civ. 8117(KNF)
                                                            :
                    Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the telephonic status conference, scheduled previously for February 4, 2008, will be held on February 11, 2008, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       February 4, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE