**DUANE MORRIS** LLP
A Delaware Limited Liability Partnership
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Telephone: 973.424.2000
Facsimile: 973.424.2001
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWER OPTECH, LLC, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.<br>: 1:07-cv-8117 (HB) (KNF) |
| ANDRON CONSTRUCTION CORPORATION and RIVERDALE COUNTRY SCHOOL, | : |
| Defendants. | : |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of Plaintiff Power Optech LLC.

**DUANE MORRIS** LLP
A Delaware Limited Liability Partnership


*/s/ William J. Votta*
William J. Votta (WV 5245)
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Telephone: 973.424.2000
Facsimile: 973.424.2001
Email: wjvotta@duanemorris.com

Attorneys for Plaintiff

Dated: February 13, 2008