FEB 2[?] 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

WILLIAM J. VOTTA, ESQ
DIRECT DIAL: 973.424.2019
E-MAIL: wjvotta@duanemorris.com

www.duanemorris.com

February 13, 2008

**VIA REGULAR MAIL**

Clerk
United States District Court for
the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Power Optech LLC v. Andron Construction*, No. 07CV8117(HB)(KNF)

Dear Sir/Madam:

This firm represents plaintiff in the above matter. As of December 14, 2007, Aaron Van Nostrand is no longer with Duane Morris LLP. I have entered an appearance as attorney of record for plaintiff. Please remove Mr. Van Nostrand as counsel of record on the electronic docket for the above matter.

Thank you for your attention to this matter.

Very truly yours,

William Votta (JS)

William J. Votta, Esq.

cc:    Harold J. Gabriel, Esq. (via regular mail)
        Aaron Van Nostrand, Esq. (via email)

The Clerk is so instructed.

SO ORDERED

Harold Baer, Jr., U.S.D.J.
Date: 2/29/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP   WALTER J. GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889      PHONE: 973.424.2000  FAX: 973.424.2001