

**MEMO ENDORSED**

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

WILLIAM J. VOTTA
DIRECT DIAL: 973.424.2019
E-MAIL: wjvotta@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 3/28/08

March 27, 2008

**VIA FACSIMILE (212) 805-6111**
The Honorable Henry Pitman, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 750
New York, NY 10007

**VIA FACSIMILE (212) 805-6712**
The Honorable Kevin N. Fox, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 540
New York, NY 10007

Re:   **Power Optech LLC v. Andron Construction**
      **No. 07-cv-8117 (HP) (KNF)**

Dear Judge Pitman and Judge Fox:

We represent plaintiff Power Optech, LLC in the above-referenced action and with the consent of Harold J. Gabriel, Esq., counsel for defendant Andron Construction, write to request an extension of the March 31, 2008 discovery end date and adjournment of the April 2, 2008 settlement conference set forth in the Court's Order of December 7, 2007. The parties believe good cause exists for the requested extension and adjournment because counsel have been working to resolve amicably issues regarding the sufficiency of each party's document production without the necessity of Court intervention. Thus, additional time is necessary in order to complete discovery. There have been no previous requests for the extension of the aforementioned dates.

---

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                    WALTER J. GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889                          PHONE: 973.424.2000   FAX: 973.424.2001

# DuaneMorris

March 27, 2008
Page 2

Specifically, as to discovery, the parties request an additional six (6) weeks to complete document production and depositions. Should the Court grant the parties' request, the new end date for all discovery would be May 12, 2008.

As to the settlement conference, counsel for both parties believe that settlement is much more likely once the parties have fully completed discovery. As such, should the Court extend discovery to May 12, 2008, the parties would respectfully request that the settlement conference be adjourned to the week of May 19-23, 2008, on a day convenient for the Court.

As previously stated, counsel for defendant Andron has consented to the extension and adjournment contained herein.

Respectfully submitted,

William J. Votta

cc:   Harold J. Gabriel, Esq. (via facsimile – (914) 232-4185)

---

3/28/08

Nothing in this letter explains what, if anything, has changed since February 11, 2008, when the parties advised the Court they were on schedule to complete their pretrial discovery activities timely. Therefore, the time for the parties to complete discovery is enlarged to April 21, 2008.

SO ORDERED:

KEVIN NATHANIEL FOX, U.S.M.J.