

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/15/08

**DUANE MORRIS LLP**
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Plaintiff, Power Optech, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **POWER OPTECH, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ANDRON CONSTRUCTION CORP.,** et al.,<br><br>Defendants. | Civil Action No. 07-cv-8117 (KNF)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** that the above matter, having amicably been settled by and between Plaintiff, Power Optech, LLC and Defendant, Andron Construction, Inc., it is hereby agreed that the Plaintiff's Complaint shall be and hereby is dismissed with prejudice and without the award of costs or fees against any of the Parties.

Dated: May 30, 2008

Duane Morris, LLP
*Attorneys for Plaintiff*

By: _____
William J. Votta
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889
(973) 424-3000

SO ORDERED: 7/14/08
_____
Hon. Kevin Nathaniel Fox
United States Magistrate Judge
DM3\729622.1729622.2
DM3\729717.1

Andron Construction Corp.
*Defendant*

By: _____
Harold J. Gabriel
Title: General Counsel

21 Anderson Lane
Goldens Bridge, New York 10526
(914) 232-7531